IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ERIC MATTHEW NEGRIN, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-126 (LAG)(TQL) |
| | * |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants, | |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of August, 2023.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk